```
                   IN THE UNITED STATES DISTRICT COURT
                    FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

Fredrick Miller,                      :

       Plaintiff,                    :

   v.                                 :        Case No. 2:16-cv-505

Kearnes Painting Corp. d/b/a          :        JUDGE MICHAEL H. WATSON
    AK Painting, et al.,
                                      :        Magistrate Judge Kemp
       Defendants.

## ORDER

    The motion to vacate the settlement week conference scheduled for March 16, 2017, is denied.

 

                                         /s/ Terence P. Kemp
                                         United States Magistrate Judge